FILED: March 25, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1039 (L)
_____

WILD VIRGINIA; SIERRA CLUB; APPALACHIAN VOICES; WILDERNESS SOCIETY; PRESERVE CRAIG; SAVE MONROE; INDIAN CREEK WATERSHED ASSOCIATION

      Petitioners

v.

UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; JIM HUBBARD, in his official capacity as Under Secretary for Natural Resources and Environment, United States Department of Agriculture; KEN ARNEY, in his official capacity as Regional Forester of the Southern Region

      Respondents

MOUNTAIN VALLEY PIPELINE, LLC

      Intervenor

-------------------------------

CHEROKEE FOREST VOICES; GEORGIA FORESTWATCH; MOUNTAINTRUE; THE CLINCH COALITION; VIRGINIA WILDERNESS COMMITTEE

      Amici Supporting Petitioner

AMERICAN FOREST RESOURCE COUNCIL; BLACK HILLS FOREST RESOURCE ASSOCIATION; COLORADO TIMBER INDUSTRY ASSOCIATION; FEDERAL FOREST RESOURCE COALITION;

INTERMOUNTAIN FOREST ASSOCIATION; MONTANA WOOD PRODUCTS ASSOCIATION

Amici Supporting Respondent

------------------------

No. 21-1082

------------------------

WILD VIRGINIA; SIERRA CLUB; APPALACHIAN VOICES; THE WILDERNESS SOCIETY; PRESERVE CRAIG; SAVE MONROE; INDIAN CREEK WATERSHED ASSOCIATION

      Petitioners

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior; DEB HAALAND, in her official capacity as Secretary of the Interior; MITCHELL LEVERETTE, in his official capacity as State Director, Bureau of Land Management, Eastern States

      Respondents

MOUNTAIN VALLEY PIPELINE, LLC

      Intervenor

------------------------------

CHEROKEE FOREST VOICES; GEORGIA FORESTWATCH; MOUNTAINTRUE; THE CLINCH COALITION; VIRGINIA WILDERNESS COMMITTEE

      Amici Supporting Petitioner

AMERICAN FOREST RESOURCE COUNCIL; BLACK HILLS FOREST RESOURCE ASSOCIATION; COLORADO TIMBER INDUSTRY ASSOCIATION; FEDERAL FOREST RESOURCE COALITION; INTERMOUNTAIN FOREST ASSOCIATION; MONTANA WOOD

PRODUCTS ASSOCIATION

Amici Supporting Respondent

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk