FILED: April 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 21-1039 (L)

———————————

WILD VIRGINIA; SIERRA CLUB; APPALACHIAN VOICES; WILDERNESS
SOCIETY; PRESERVE CRAIG; SAVE MONROE; INDIAN CREEK
WATERSHED ASSOCIATION

        Petitioners

v.

UNITED STATES FOREST SERVICE, an agency of the U.S. Department of
Agriculture; JIM HUBBARD, in his official capacity as Under Secretary for
Natural Resources and Environment, United States Department of Agriculture;
KEN ARNEY, in his official capacity as Regional Forester of the Southern
Region

        Respondents

MOUNTAIN VALLEY PIPELINE, LLC

        Intervenor

------------------------------

CHEROKEE FOREST VOICES; GEORGIA FORESTWATCH;
MOUNTAINTRUE; THE CLINCH COALITION; VIRGINIA WILDERNESS
COMMITTEE

        Amici Supporting Petitioner

AMERICAN FOREST RESOURCE COUNCIL; BLACK HILLS FOREST
RESOURCE ASSOCIATION; COLORADO TIMBER INDUSTRY
ASSOCIATION; FEDERAL FOREST RESOURCE COALITION;
INTERMOUNTAIN FOREST ASSOCIATION; MONTANA WOOD
PRODUCTS ASSOCIATION

> Amici Supporting Respondent

---------------------------------

O R D E R

---------------------------------

Upon consideration of the joint motion to extend deadline for filing of motion

for attorney's fees and expenses, the court grants the motions and extends the

deadline for filing a motion for attorney's fees and costs to a date 30 days after the

petitioners' fee application in related proceedings before this Court, *Appalachian*

*Voices v. Department of the Interior* (No. 20-2159), is resolved through a final order

that is no longer subject to further review.

> For the Court
>
> /s/ Patricia S. Connor, Clerk